UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WHO DAT SHOPPE! LLC<br>    v.<br>WHO DAT?, INC.,<br> STEVE MONISTERE, &<br>SAL MONISTERE | CIVIL ACTION<br>CASE NO. 14-2085<br>SEC. N, JUDGE KURT D. ENGELHARDT<br>MAG. 1, MAGISTRATE SALLY SHUSHAN<br>JURY DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL CONDITIONAL UNDER LR 41.2 PURSUANT TO SETTLEMENT OF RELATED CASE 13-6543

PLEASE TAKE NOTICE that Plaintiff Who Dat Shoppe! LLC voluntarily dismisses with prejudice this Case No. 14-2085, conditionally under Local Rule LR 41.2, pursuant to settlement of related Case No. 13-6543.

DATED: 23 JANUARY 2015

RESPECTFULLY SUBMITTED:

*/s/ Mark Andrews*

MARK EDW. ANDREWS
La. Bar No. 26172
*Attorney for Who Dat Shoppe! LLC*
ANDREWS ARTS & SCIENCES LAW LLC
7104 Coliseum St., New Orleans, LA 70118
504-383-3632
mea@mealaw.com

—CERTIFICATE OF SERVICE—
I, Mark Edw. Andrews, certify the foregoing is filed via CM/ECF and is therefore served on all counsel, this 23 January 2015.

*/s/ Mark Andrews*